1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| M.J., | Case No. 2:20-cv-527-RAJ |
| Plaintiff, | STIPULATED MOTION TO REMAND TO AGENCY FOR ADJUDICATION |
| v. | |
| UNITED STATES CITZENSHIP AND IMMIGRATION SERWCES; KENNETH T. CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, CYNTHIA MUNITA, Seattle Washington Field Office Director, United States Citizenship and Immigration Services, | |
| Defendants. | |

The parties, through their undersigned counsel of record, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and remand it to U.S. Citizenship and Immigration Services ("USCIS"), so USCIS can complete its processing and adjudicate Plaintiff M.J.'s ("M.J.") application for naturalization.

USCIS agrees to complete any final interview of M.J. within thirty (30) days of the date the Court issues an order granting this stipulated motion remanding the matter to USCIS.  M.J. agrees to bring his original military exemption card to any interview.  Within thirty (30) days of any interview, USCIS will adjudicate M.J.'s naturalization application and issue a decision.  If the application is approved, USCIS will administer the Naturalization Oath of Allegiance within

STIPULATED MOTION TO REMAND
FOR ADJUDICATION
2:20-cv-527-RAJ
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  that same 30-day period.

2

3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED: June 16, 2020 _____        s/ Zachary E. Davison_____
                                              Zachary E. Davison, WSBA #47873
5                                             Perkins Coie LLP
                                              l20l Third Avenue, Suite 4900
6                                             Seattle, WA 98101-3099
                                              Telephone: 206.359.8000
7                                             Facsimile: 206.359.9000
                                              E-mail: zdavisonperkinscoie.com
8

9                                             Attorneys for Plaintiff M.J.

10 DATED: June 16, 2020 _____        s/ Sarah K. Morehead_____
                                              SARAH K. MOREHEAD, WSBA #29680
11                                            Assistant United States Attorneys
                                              United States Attorney's Office
12                                            700 Stewart Street, Suite 5220
                                              Seattle, WA 98101-1271
13                                            Phone: (206) 553-7970
                                              Email: sarah.morehead@usdoj.gov
14

15                                            Attorney for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2      **IT IS SO ORDERED**.  This matter is dismissed without prejudice and without fees or

3  costs to either party; USCIS will adjudicate the matter as set forth above.

4

5      DATED this 17th day of June, 2020.

6

7      _____

8      The Honorable Richard A. Jones
       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO REMAND                    UNITED STATES ATTORNEY
FOR ADJUDICATION                               700 STEWART STREET, SUITE 5220
2:20-cv-527-RAJ                                SEATTLE, WASHINGTON 98101
PAGE– 3                                        (206) 553-7970